No. 514, Misc. GARDNER v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles L. Decker* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 525, Misc. WRIGHT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 536, Misc. AUBEL v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 589, Misc. GIRAUD v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Charles P. Scully* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 632, Misc. BROOKS v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 650, Misc. LESCO v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 663, Misc. SCHANTZ v. ARIZONA. Sup. Ct. Ariz. Certiorari denied. *John P. Frank* for petitioner. *Darrell F. Smith,* Attorney General of Arizona, and *Paul G. Rosenblatt,* Assistant Attorney General, for respondent.

No. 716, Misc. CIMINO v. UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall* for the United States.